IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT DAVIS, | ) | 8:13CV145 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| WASHINGTON COUNTY | ) | |
| NEBRASKA STATES | ) | |
| ATTORNEYS OFFICE, Agency | ) | |
| Administrative Head, | ) | |
| | ) | |
| Respondent. | ) | |

The court must conduct an initial review of the Petition for Writ of Habeas Corpus (filing no. 1) to determine whether the claims made by Petitioner are, when liberally construed, potentially cognizable in federal court.

Petitioner did not use a Form AO 241, Petition for Writ of Habeas Corpus by a Person in State Custody, but rather submitted a Petition that does not substantially follow the form. The Petition must "substantially follow either the form appended to [the] rules, or a form prescribed by a local district-court rule." *See* Rule 2 of the *Rules Governing Section 2254 Cases in the United States District Courts*. Petitioner's Petition does not substantially follow any form and does not clearly indicate the grounds alleged. Thus, the pending Petition for Writ of Habeas Corpus (filing no. 1) is deemed insufficient and the court will not act upon it. However, on its own motion, the court will grant Petitioner 30 days to amend his Petition using Form AO 241. Failure to adequately comply with this order will result in dismissal of the Petition without further notice.

IT IS THEREFORE ORDERED that:

1. The pending Petition for Writ of Habeas Corpus (filing no. 1) is deemed insufficient and the court will not act upon it.

2. On or before August 26, 2013, Petitioner must submit a signed amended petition for writ of habeas corpus. In the amended petition, Petitioner must specify the grounds for relief, the facts supporting each ground, and the relief requested. Failure to comply with this order may result in dismissal of the Petition without further notice.

3. The Clerk of the court is directed to send Petitioner a Form AO 241 packet, Petition for Relief From a Conviction or Sentence By a Person in State Custody.

4. The Clerk of the court is directed to set a pro se case management deadline in this case with the following text: August 26, 2013: deadline for Petitioner to submit amended petition.

DATED this 25th day of July, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.